UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 11, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MICHAEL VIERA,

    Defendant.

Case No. 2:23-cr-0048 TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  MICHAEL VIERA ,

Case No.  2:23-cr-0048 TLN , Charge 18 U.S.C. §3606 , from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

    _____ Unsecured Appearance Bond $ _____

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    __X__ (Other):  Defendant to be released from custody on July 29, 2024.

Issued at Sacramento, California, on July 11, 2024.

By: _____

District Judge Troy L. Nunley