MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Phone (916) 220-5520
Law.Office.MTH@gmail.com

Attorney for Defendant
MICHAEL VEIRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
vs.
MICHAEL VEIRA,
Defendant.

Case No. 2:23-cr-00048-1-TLN

**STIPULATION TO CONTINUE DISPOSITIONAL HEARING; ORDER**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Eric Grant, through Assistant United States Attorney Jason Hitt, attorney for Plaintiff, and Megan T. Hopkins, attorney for defendant Michael Veira, that the previously-scheduled dispositional hearing date of October 22, 2026, be continued to **December 17, 2026**, at 9:30 a.m. or such time thereafter as the Court is available.

The requested continuance will provide defense counsel with the additional time needed for gathering, reviewing and summarizing medical and other records central to defendant's sentencing arguments, to develop a treatment plan and release plan to present to the Court, and to permit the defendant sufficient time to prepare for disposition. Defense counsel joined this case approximately one month ago when prior counsel was relieved, and has not yet completed the tasks necessary to prepare for disposition. However, counsel anticipates that all necessary records will have been gathered and counsel will be prepared to proceed on December 17, 2026. The government does not oppose the continuance and so stipulates.

Respectfully submitted,

Dated: October 16, 2026

/s/ *Megan T. Hopkins*
MEGAN T. HOPKINS
Attorney for Defendant
MICHAEL VEIRA

Dated: October 16, 2026

ERIC GRANT
United States Attorney

/s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation as its Order. The dispositional hearing previously set for October 22, 2026, is hereby continued to December 17, 2026, at 9:30 a.m.

Dated: October 19, 2026

Troy L. Nunley
Chief United States District Judge